## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALICE J. TREZVANT                                                                                    PLAINTIFF

v.                                           No. 4:07CV00056 JLH

AETNA LIFE INSURANCE COMPANY                                                      DEFENDANT

## ORDER

The motion for approval of attorney's fees is denied as moot because the parties have settled the issue.  Document #27.

IT IS SO ORDERED this 15th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE